**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7881**

---

JOHNATHAN LEE X SMITH,

Plaintiff - Appellant,

versus

CORRECTIONAL MEDICAL SERVICES; MARY TARNOWSKI;
O. ODUNSI; WILLINDA PURDIE; T. D.  HATCHETT;
BRENDA WOLFORD; R. REED; A. WILSON; LINDA W.
MITCHELL; JANE DOE; C. DAVIS, Warden, K.
HAMLIN; VINCENT M. GORE; PAUL OHAI; LINDA B.
NHAMBURE; EARLINE HILL, V. APPLEWHITE; WILLIAM
HENCEROTH; DAVID BARNES; POWHATAN RECEPTION &
CLASSIFICATION CENTER; FRED SCHILLING,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (CA-03-665)

---

Submitted: April 29, 2004            Decided:  May 4, 2004

---

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Johnathan Lee X Smith, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnathan Lee X Smith appeals from the district court's orders dismissing without prejudice his action under 42 U.S.C. § 1983 (2000), for failure to pay the filing fee, and denying his motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court.  See Smith v. Corr. Med. Servs., No. CA-03-665 (E.D. Va. Oct. 20, 2003 & Nov. 17, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED